UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DONALD RAY DAVIS | CRIMINAL ACTION NO. 02-50062 [CIVIL ACTION NO. 04-1722] |
| versus | JUDGE S. MAURICE HICKS, JR. |
| UNITED STATES OF AMERICA | |

### ORDER

Before the Court is Donald Ray Davis' ("Davis") motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. [See Doc. No. 46]. For the reasons assigned in the Court's Memorandum Ruling:

**IT IS ORDERED** that Defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 [Doc. No. 46] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26th day of September, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE